UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.S. BUILDING CONTRACTORS, INC.,

    Plaintiff,

v.

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

    Defendant,

and

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA.

    Counter-Plaintiff,

v.

D.S. BUILDING CONTRACTORS, INC.,

    Counter-Defendant, Third Party
    Plaintiff, and Third Party Counter-
    Defendant,

v.

CONSUMERS CONCRETE CORPORATION,

    Third Party Defendant, Third Party
    Plaintiff and Third Party Counter-
    Plaintiff,

v.

DAVID A. WOJTOWICZ,

    Third Party Defendant.

_____/

Case No. 1:08-cv-276

HONORABLE PAUL L. MALONEY

**ORDER ADMINISTRATIVELY
CLOSING CASE**

The court has been informed that D.S. Building Contractors, Inc. and David Wojtowicz, two of the parties to this action filed a Petition in Bankruptcy. In accordance with 11 U.S.C. § 362, this civil action is automatically stayed until the Bankruptcy proceedings in question are terminated.

The automatic stay provision of the Bankruptcy Reform Act of 1978, 11 U.S.C. § 101, et seq. halts the commencement or continuation of litigation against the debtor by adverse parties; it does not divest this court of jurisdiction to issue necessary orders in civil actions which are stayed in Bankruptcy. Chao v. Hosp.Staffing Servs., Inc., 270 F.3d 374, 383-384 (6th Cir.2001).

Rather than have this action remain on the court's docket indefinitely, a result which is contrary to the interest of the court, the debtor, and the public, the court has decided to administratively close this matter pending termination of the related bankruptcy proceedings.

**IT IS HEREBY ORDERED** that in the interest of the effective administration of the court's business, without prejudice to either party to this action, and in keeping with the intent and spirit of the automatic stay provision of the Bankruptcy Reform Act, 11 U.S.C. § 362, this matter is **CLOSED**. This closing is for administrative purposes only and does not constitute a decision on the merits. Upon termination of the aforementioned bankruptcy proceedings, or the lifting of the automatic stay with reference to the instant proceeding, the court will allow either party to move to reopen this action. Any such motion need only refer to this order and it will be granted.

Dated: December 2, 2009            /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     Chief United States District Judge